UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARC BERRY,

       Plaintiff,

v.

MARY BERGHUIS,

       Defendant.

_____/

Case No. 1:08-CV-912

HON. GORDON J. QUIST

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Petitioner on January 14, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(c). Therefore, the Court will adopt the Report and Recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Docket #38) is approved and adopted as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (Docket #20) is **DENIED**.

Dated: February 10, 2010                /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                             UNITED STATES DISTRICT JUDGE